

# NUMBER 13-22-00282-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SALINAS FUNERAL HOME, INC.
AND ORLANDO ESTRADA OCHOA
D/B/A "IMMACULATE TRANSPORT
SERVICES",                                                              Appellants,

v.

MARIBEL SALINAS AND
EDITH SALINAS,                                                          Appellees.

### On appeal from the 206th District Court of Hidalgo County, Texas.

# ORDER OF ABATEMENT

### Before Chief Justice Contreras and Justices Longoria and Tijerina
### Order Per Curiam

This cause is before the Court on the record and appellants' and appellees' joint

motion to abate the appeal to allow the parties the opportunity to complete settlement

negotiations.

The Court, having examined and fully considered the documents on file and the joint motion to abate, is of the opinion that the joint motion to abate the appeal pending settlement should be granted.   The joint motion to abate the appeal pending settlement is granted and this appeal is ordered abated until September 23, 2022.

The Court directs appellants to file, on or before September 23, 2022. either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed on the
25th day of July 2022.

2